

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00121-CV

**IN THE INTEREST OF H.M.H.**, a Child

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3057
Honorable Sergio J. Gonzalez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  March 13, 2013

DISMISSED

The appellant has filed an unopposed motion to dismiss this appeal. We grant the motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1)

PER CURIAM